# EXHIBIT A

# Attachment C: Temporary Restraining Order

In the event that the Federal Trade Commission ("FTC") files an enforcement action seeking to enjoin the proposed asset purchase agreement between Novant Health, Inc. and Community Health Systems, Inc. related to Novant Health Inc.'s proposed acquisition of two Community Health Systems, Inc. hospitals and other Community Health Systems, Inc. assets in North Carolina (the "Proposed Transaction") on or before the date that Novant Health, Inc. and Community Health Systems, Inc. have identified for consummating the Proposed Transaction, Novant Health, Inc., Community Health Systems, Inc., and the FTC hereby stipulate to a Temporary Restraining Order in federal district court stating that:

a. Novant Health, Inc. and Community Health Systems, Inc. shall not consummate the Proposed Transaction until after 11:59 PM Eastern Time on the fifth (5th) business day after the court rules on the FTC's motion for an injunction pursuant to Section 13(b) of the Federal Trade Commission Act or until after the date set by the District Court, whichever is later; and

b. In connection with paragraph immediately above, Novant Health, Inc. and Community Health Systems, Inc. shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, any such transaction; and

c. In computing any period of time specified in this attachment, the day of the act, event, or default that triggers the period shall be excluded. The term "business day" as used in this attachment refers to any day that is not a Saturday, Sunday, or federal holiday.

*Ryan Maddock*                 9/28/2023
Counsel for FTC Staff              Date

*Mark T. Ciani*                 9/28/2023
Counsel for Novant Health, Inc.          Date

                                                           9/28/2023
Counsel for Community Health Systems, Inc.    Date