# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:24-cv-00028

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>NOVANT HEALTH, INC.<br><br>and<br><br>COMMUNITY HEALTH SYSTEMS, INC.,<br><br>*Defendants*. | **[PROPOSED] TEMPORARY RESTRAINING ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Unopposed Motion for a Temporary Restraining Order (ECF No. __) filed January 25, 2024.

Whereas Plaintiff Federal Trade Commission ("FTC") filed a Complaint in this matter on January 25, 2024, seeking to preliminarily enjoin Defendant Novant Health, Inc.'s ("Novant") acquisition of Lake Normal Regional Medical Center, Davis Regional Medical Center, and related assets from Defendant Community Health Systems, Inc. ("CHS") (the "Proposed Acquisition") pursuant to Section 13(b) of the FTC Act, 15 U.S.C. § 53(b);

Whereas, in the absence of temporary relief, Defendants would be able to consummate the Proposed Acquisition after 11:59 PM Eastern Time on January 30, 2024; and

Whereas the parties have agreed that Defendants will not consummate the Proposed Acquisition until after 11:59 PM Eastern Time on the fifth business day after the Court rules on

1

the FTC's request for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act or until after the date set by the Court, whichever is later;

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion for a Temporary Restraining Order (ECF No. __) is **GRANTED**. Novant and CHS shall not consummate the Proposed Acquisition until after 11:59 PM Eastern Time on the fifth business day after the Court rules on the FTC's motion for an injunction pursuant to Section 13(b) of the Federal Trade Commission Act or until after the date set by the Court, whichever is later.

**IT IS FURTHER ORDERED** that in connection with the paragraph immediately above, Novant and CHS shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, any such transaction.

**SO ORDERED**.