# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:24-CV-00028-KDB-SCR

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> NOVANT HEALTH, INC. AND COMMUNITY HEALTH SYSTEMS, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court to set a schedule for the briefing of Plaintiff's Motion for a Preliminary Injunction (*See* Doc. No. 1). The Court has carefully considered the Parties' Joint Proposed schedule (Doc. No. 26), but in light of the urged importance of and public interest in this dispute, the Court believes that an earlier schedule would be more appropriate. Therefore, the Court sets the following briefing schedule:

- Plaintiff's Memorandum in Support of Preliminary Injunction - March 6, 2024
- Defendants' Memorandum in Opposition to Preliminary Injunction - March 27, 2024
- Plaintiff's Reply in Further Support of Preliminary Injunction – April 8, 2024

Each side's main brief may be up to 35 pages in length in the form (font, spacing, etc.) described in the undersigned's standard pretrial order (available on the Court's website).[1] Plaintiff's reply brief is limited to no more than 15 pages.

---

[1] The Parties noted in their scheduling proposal that they intended to offer additional case management suggestions to the Court on or before February 8, 2024. The Court encourages the Parties' continued cooperation and will address any further case management issues expeditiously.

1

An evidentiary hearing will be held on Plaintiff's motion beginning at 9:30 a.m. on April 29, 2024, in Courtroom #4B, 401 W Trade St, Charlotte, NC 28202. All parties are represented by experienced counsel who the Court expects will offer the necessary relevant evidence efficiently. Therefore, the Court will not set any hourly limits on the Parties' presentation of evidence, but rather will hear all the admissible evidence the Parties believe the Court needs to make its decision.[2]

**SO ORDERED ADJUDGED AND DECREED**.

Signed: February 2, 2024

Kenneth D. Bell
United States District Judge

---

[2] Based on the Parties' request for 20 hours a side, the Court has set aside a full week for the evidentiary hearing, but, again, will not cabin in the ultimate length of the hearing in advance.