**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:24-CV-00028-KDB-SCR**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NOVANT HEALTH, INC., et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Alexis James Gilman, Jonathan B. Pitt, Carol J. Pruski,  J. Liat Rome and Beth A. Stewart]" (Doc. Nos. 30 through 34) filed February 7, 2024.  For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: February 7, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge