IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-cv-00028-KDB-SCR

FEDERAL TRADE COMMISSION,

                     *Plaintiff,*

v.

NOVANT HEALTH, INC.

and

COMMUNITY HEALTH SYSTEMS, INC.,

                     *Defendants.*

## PLAINTIFF'S REQUEST FOR CONFERENCE WITH THE COURT TO RESOLVE DISCOVERY DISPUTE

Plaintiff Federal Trade Commission ("FTC") requests pursuant to section I.C.13 of the Joint Stipulated Case Management Order (ECF 48) a conference with the Court to discuss and resolve a discovery dispute with Defendants relating to the scope and propriety of the deposition notice to the FTC under Federal Rule of Civil Procedure 30(b)(6) to which the FTC objects. Whereas the Court has scheduled a conference relating to a discovery dispute in this matter for Tuesday, March 5, 2024, at 2:00 p.m., the FTC requests that the Court also allow the FTC to address the matter of the Rule 30(b)(6) deposition notice at that same conference, or at the Court's earliest convenience.

Dated: February 29, 2024    Respectfully submitted,

                                            */s/ Nicolas Stebinger*
Nicolas Stebinger (NY Bar No. 4941464)
Federal Trade Commission
600 Pennsylvania Avenue
Washington, DC 20580
Tel.: (202) 326-2688
Email: nstebinger@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following counsel on February 29, 2024, by email and/or CM-ECF:

Heidi Hubbard
Beth Stewart
CJ Pruski
Liat Rome
Kaitlin Beach
Altumash Mufti
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5451
hhubbard@wc.com
bstewart@wc.com
cpruski@wc.com
lrome@wc.com
kbeach@wc.com
amufti@wc.com


Brian S. Cromwell
Caroline B. Barrineau
Parker Poe Adams & Bernstein LLP
Bank of America Tower
620 S. Tryon Street, Suite 800
Charlotte, NC 28202
Tel: (704) 372-9000
Fax: (704) 334-4706
Briancromwell@parkerpoe.com
Carolinebarrineau@parkerpoe.com

*Counsel for Defendant Novant Health, Inc.*

Michael Perry
Jamie France
Scott Hvidt
Thomas Tyson
Logan Billman
Connie Lee
Connor Leydecker
David Lam
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 887-3558
mjperry@gibsondunn.com
jfrance@gibsondunn.com
shvidt@gibsondunn.com
ttyson@gibsondunn.com
lbillman@gibsondunn.com
clee2@gibsondunn.com
cleydecker@gibsondunn.com
dlam@gibsondunn.com


Adam K. Doerr
Kevin R. Crandall
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St. #1900
Charlotte, North Carolina 28246
Tel: (704) 377-8114
adoerr@robinsonbradshaw.com
kcrandall@robinsonbradshaw.com

*Counsel for Defendant Community Health Systems, Inc.*

Respectfully submitted,

*/s/ Nicolas Stebinger*
Nicolas Stebinger (N.Y. Bar No. 4941464)
Federal Trade Commission
600 Pennsylvania Avenue
Washington, DC 20580
Tel.: (202) 326-2688
Email: nstebinger@ftc.gov
*Attorney for Plaintiff Federal Trade Commission*