| | EXHIBIT INDEX<br><br>DECLARATION OF NICOLAS STEBINGER IN SUPPORT OF<br>PLAINTIFF'S MOTION IN LIMINE<br>REGARDING ADMISSIBILITY OF DOCUMENTS AND TESTIMONY |
|---|---|
| Exhibit A | *In re Illumina, Inc.*, No. 9401 (F.T.C.), transcript of the Final Pretrial Hearing held on August 23, 2021 [excerpted] |
| Exhibit B | *FTC v. Thomas Jefferson Univ.*, Civil Action No. 20-01113 (E.D. Pa.), Court Order dated December 8, 2020 |
| Exhibit C | *FTC v. Wilhelm Wilhelmsen*, CA No. 18-0414 (TSC) (D.D.C.), transcript of the evidentiary hearing held May 29, 2018 [excerpted] |