IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:24-cv-00028-KDB-SCR

FEDERAL TRADE COMMISSION,

        *Plaintiff,*

v.

NOVANT HEALTH, INC.

and

COMMUNITY HEALTH SYSTEMS, INC.,

        *Defendants.*

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Federal Trade Commission ("FTC") appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Order dated June 5, 2024, and entered on the Court's docket at ECF No. 227, denying the FTC's request for a preliminary injunction pursuant to Federal Trade Commission Act § 13(b), 15 U.S.C. § 53(b).

Dated: June 9, 2024            Respectfully submitted,

/s/ Nathan Brenner
Nathan Brenner (Illinois Bar No. 6317564)
Karen H. Hunt
Nicolas Stebinger
Habin Chung
Jennifer Fleury
Cory Gordon
Christopher Harris
Matthew Joseph
Kennan Khatib
Ryan Maddock
Noel Miller
Susan A. Musser
Louis Naiman
Jeanne L. Nichols
Anusha Sunkara
Goldie Veronica Walker
Kurt D. Walters


Federal Trade Commission
600 Pennsylvania Avenue
Washington, DC 20580
Tel.: (202) 326-2314
Email: nbrenner@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served upon the following counsel on June 9, 2024, by email and/or CM-ECF:

| | |
|---|---|
| Heidi Hubbard | Michael Perry |
| Beth Stewart | Jamie France |
| CJ Pruski | Scott Hvidt |
| Liat Rome | Thomas Tyson |
| Kaitlin Beach | Logan Billman |
| Altumash Mufti | Connie Lee |
| Williams & Connolly LLP | Connor Leydecker |
| 680 Maine Avenue, SW | David Lam |
| Washington, DC 20024 | Gibson, Dunn & Crutcher LLP |
| Tel.: (202) 434-5451 | 1050 Connecticut Avenue, NW |
| hhubbard@wc.com | Washington, DC 20036 |
| bstewart@wc.com | Tel: (202) 887-3558 |
| cpruski@wc.com | mjperry@gibsondunn.com |
| lrome@wc.com | jfrance@gibsondunn.com |
| kbeach@wc.com | shvidt@gibsondunn.com |
| amufti@wc.com | ttyson@gibsondunn.com |
| | lbillman@gibsondunn.com |
| Brian S. Cromwell | clee2@gibsondunn.com |
| Caroline B. Barrineau | cleydecker@gibsondunn.com |
| Parker Poe Adams & Bernstein LLP | dlam@gibsondunn.com |
| Bank of America Tower | |
| 620 S. Tryon Street, Suite 800 | Adam K. Doerr |
| Charlotte, NC 28202 | Kevin R. Crandall |
| Tel: (704) 372-9000 | Robinson, Bradshaw & Hinson, P.A. |
| Fax: (704) 334-4706 | 101 N. Tryon St. #1900 |
| Briancromwell@parkerpoe.com | Charlotte, North Carolina 28246 |
| Carolinebarrineau@parkerpoe.com | Tel: (704) 377-8114 |
| | adoerr@robinsonbradshaw.com |
| *Counsel for Defendant Novant Health, Inc.* | kcrandall@robinsonbradshaw.com |
| | |
| | *Counsel for Defendant Community Health Systems, Inc.* |

                                                  */s/ Nathan Brenner*
                                                  Nathan Brenner (Illinois Bar No. 6317564)
                                                  Federal Trade Commission
                                                  600 Pennsylvania Avenue
                                                  Washington, DC 20580
                                                  Tel.: (202) 326-2314
                                                  Email: nbrenner@ftc.gov
                                                  *Attorney for Plaintiff Federal Trade Commission*